■ In the Matter of the Estate of ROBERT A. WEBER, Deceased. RANDEL R. WEBER, Individually and as Executor of ROBERT A. WEBER, Deceased, Appellant; ROBERT D. WEBER et al., Respondents. (Appeal No. 1.) [786 NYS2d 757]—Appeal from an order of the Surrogate's Court, Erie County (Joseph S. Mattina, S.), entered July 10, 2003. The order granted respondents' fifth objection to petitioner's account and denied executor commissions to petitioner.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Surrogate's Court. Present—Green, J.P., Pine, Hurlbutt and Smith, JJ.

■ In the Matter of the Estate of ROBERT A. WEBER, Deceased. RANDEL R. WEBER, Individually and as Executor of ROBERT A. WEBER, Deceased, Appellant; ROBERT D. WEBER et al., Respondents. (Appeal No. 2.) [786 NYS2d 757]—Appeal from an order of the Surrogate's Court, Erie County (Joseph S. Mattina, S.), entered December 12, 2003. The order granted three of the objections filed by respondents to petitioner's account.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Surrogate's Court. Present—Green, J.P., Pine, Hurlbutt and Smith, JJ.